IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:22-CR-58 |
| ADALID GARCIA-FUENTES, | : |
| Defendant | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 5:22-CR-58, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 5:22-CR-58, be unsealed.

SO ORDERED, this 16th day of May, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON
Digitally signed by MICHAEL MORRISON
Date: 2023.05.16 10:07:22 -04'00'

MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY