# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-58 (MTT) |
| | ) |
| ADALID GARCIA-FUENTES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 31. The defendant was indicted on November 8, 2022, and had his arraignment in this Court on June 12, 2023. Docs. 1; 10. Three prior continuances have been granted. Docs. 23; 26; 29. The government now moves the Court to continue this case to the next trial term to provide sufficient time for the parties to conclude plea negotiations. Doc. 31 at 1. The defendant does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 31) is **GRANTED**. The case is continued from the January term until the Court's trial term presently scheduled for **March 11, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 12th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT